Jorge Luis Espilco–Ramirez, Mountain View, CA, pro se.

Ronald E. Lefevre, Office of the District Counsel Department Of Homeland Security, San Francisco, CA, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Jorge Luis Espilco–Ramirez, a native and citizen of Peru, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his applications for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence findings of fact, *Chebchoub v. INS*, 257 F.3d 1038, 1042 (9th Cir.2001), and de novo claims of constitutional violations, *Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir.2000). We deny the petition for review.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Substantial evidence supports the agency's adverse credibility determination based on Espilco–Ramirez's inconsistent testimony with respect to the number of threatening notes he received from the Shining Path and when he began receiving these notes. *See Chebchoub*, 257 F.3d at 1043 (9th Cir.2001). In the absence of credible testimony, Espilco–Ramirez failed to demonstrate eligibility for asylum and withholding of removal. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

We reject Espilco–Ramirez's contention that he was deprived of a full and fair hearing. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir.2000) (requiring error and prejudice to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**

Marcos **CARMONA–LOPEZ**, Petitioner,

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 06–73786.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009 *.

Filed Jan. 11, 2010.

Marcos Carmona–Lopez, North Las Vegas, NV, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

NVL–District Counsel, Office of the District Counsel, Department of Homeland Security, Las Vegas, NV, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, M. Jocelyn Lopez Wright, Esq., Jonathan Robbins, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Marcos Carmona–Lopez, a native and citizen of Mexico, petitions pro se from the Board of Immigration Appeals' ("BIA") order summarily affirming an immigration judge's order removing Carmona–Lopez to Mexico. To the extent we have jurisdiction it is governed by 8 U.S.C. § 1252. We review de novo claims of constitutional violations. *Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir.2000). We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the BIA's March 1997 order because this petition for review is not timely as to that order. *See Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir.2003).

Carmona–Lopez's contention that the BIA violated his due process rights by issuing a streamlined decision is foreclosed by *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 848 (9th Cir.2003).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

PETITION FOR REVIEW DISMISSED in part; DENIED in part.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.